225 F.2d 481
 Joseph P. McMILLIAN, Appellant,
v.
UNITED STATES of America.
 No. 15343.
 United States Court of Appeals Eighth Circuit.
 August 5, 1955.
 
 1
 Appeal from United States District Court, Eastern District of Missouri.
 
 
 2
 Ted A. Bollinger, Jr., and Jesse E. Bishop, St. Louis, Mo., for appellant.
 
 
 3
 Harry Richards, U. S. Atty., and W. Francis Murrell, Asst. U. S. Atty., St. Louis, Mo., for appellee.
 
 
 4
 Appeal from District Court dismissed, on dismissal filed by appellant and consent by appellee.